IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AGUDAS CHASIDEI CHABAD OF THE UNITED STATES, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:15-mc-01153-RCL |
| RUSSIAN FEDERATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF THE UNITED STATES

The United States, by and through the undersigned counsel, respectfully files this notice concerning the Court's invitation to the United States to state its views with respect to the Motion for Protective Order filed by non-party Sberbank CIB USA, Inc.:

1.  The underlying case concerns Chabad's efforts to obtain from the Russian Federation and several Russian government agencies (collectively "Russia") certain books and manuscripts ("the Collection"), which Chabad contends were taken from it in violation of international law. Following entry of a default judgment in the case, the Court directed Russia to transfer the Collection to Chabad. *Chabad v. Russian Federation*, Case No. 1:05-cv-01548-RCL (D.D.C.), ECF No. 80. When Russia failed to do so, the Court entered an order for civil contempt sanctions. *Id.*, ECF No. 116. More recently, the Court entered an interim judgment of $43,700,000, reflecting the amount of sanctions that had accrued through August 20, 2015. *Id.*, ECF No. 144. The United States opposed entry of both the sanctions order and the interim judgment. *See id.*, ECF

Nos. 111, 134.  The subpoena at issue is part of Chabad's declared effort to enforce the sanctions order entered by the Court.  *See Chabad v. Russian Federation*, Case No. 1:15-mc-01153-RCL, ECF No. 7 at 1.

2. On April 30, 2015, Chabad served a subpoena on Sberbank, seeking the production of documents and testimony from a Sberbank official in New York City, New York. *See Chabad v. Russian Federation*, Case No. 1:05-cv-01548-RCL (D.D.C.), ECF No. 139.  On June 26, 2015, Sberbank moved for a protective order in the Southern District of New York, *Chabad v. Russian Federation*, Case No. 1:15-mc-01153-RCL, ECF No. 1, which subsequently transferred the matter to this court on August 18, 2015, *see id.*, ECF No. 18.

3. On September 10, 2015, this Court entered an Order Soliciting the Views of the United States with respect to Sberbank's request for a protective order.  *Id.*, ECF No. 27.  Noting that "this action is closely related to the previous matter in which the Court sought the United States' statement of interest, and the serious impact which the outcome of this case could have on the foreign policy interests of the United States," the Court concluded that "it would be helpful to obtain the views of the United States prior to acting on the motion for protective order."  *Id*.  The Court invited the United States to file a brief stating its views on the motion by September 30, 2015.  *Id*.

4. Chabad's efforts to locate assets to enforce the sanctions order, including its subpoena of Sberbank, raise significant issues that require further consideration by the Executive Branch before a final decision can be made with regard to the response by the United States to the Court's order.  The United States has been actively engaged in its deliberations with respect to those issues and expects to complete these deliberations and

file any Statement of Interest by October 23, 2015.  The United States respectfully requests that any decision addressing Sberbank's motion be deferred until the United States has completed its deliberations.  The United States appreciates the Court's invitation and its consideration in this matter.

Dated: September 30, 2015        Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

_s/ Nathan M. Swinton_
NATHAN M. SWINTON (NY Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-7667
Fax: (202) 616-8470
Email: Nathan.M.Swinton@usdoj.gov

*Counsel for the United States*