UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUDAS CHASIDEI CHABAD ) <br> OF UNITED STATES ) <br> ) <br>               **Plaintiff,** ) <br> ) <br>               **v.** ) <br> ) <br> **RUSSIAN FEDERATION,** *et al.* ) <br> ) <br>               **Defendants.** ) | Case No. 15-mc-1153 RCL |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER R. MEYER

    I, Daniel G. Jarcho, Esquire of Alston & Bird, LLP, a member in good standing of the District of Columbia Bar and the United States District Court of the District of Columbia, hereby move pursuant to Local Civil Rule 83.2, subsections (c) and (d), for an order admitting Christopher R. Meyer of Davis & Gilbert, LLP to practice before this Court *pro hac vice* on behalf of non-party Sberbank CIB USA, Inc. in this matter. In support of this motion, attached is the declaration by the non-member Christopher R. Meyer as required by Local Rule 83.2.

Dated:  October 19, 2015                    Respectfully submitted,

                                                      ALSTON & BIRD, LLP

                                                      By:

                                                            /s/ Daniel G. Jarcho
                                                           Daniel G. Jarcho (D.C. Bar # 391837)
                                                           ALSTON & BIRD, LLP
                                                           950 F Street, NW
                                                           Washington, DC 20004
                                                          Phone: (202) 239-3300

                                                           *Attorneys for Sberbank CIB USA, Inc*