UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AGUDAS CHASIDEI CHABAD OF UNITED STATES, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 1:15-mc-01153-RCL |
| RUSSIAN FEDERATION; RUSSIAN MINISTRY OF CULTURE AND MASS COMMUNICATION; RUSSIAN STATE LIBRARY; and RUSSIAN STATE MILITARY ARCHIVE, | ) ) ) ) ) ) | |
| *Defendants.*, | ) ) ) | |

[~~PROPOSED~~] ORDER

[32]

WHEREAS Sberbank CIB USA, Inc. and Plaintiff have agreed to a deposition of a Sberbank USA company representative pursuant to Federal Rule of Civil Procedure 30(b)(6), covering topics regarding Sberbank USA's accounts, including but not limited to information related to Sberbank USA's clients and Sberbank USA's knowledge of, and ability to access, documents and information related to accounts held by its Russian affiliates;

WHEREAS the parties have therefore jointly agreed that Sberbank's Motion for a Protective Order should be stayed;

WHEREAS the parties have also agreed to inform the Court following the deposition as to whether the motion will remain or will be withdrawn;

Accordingly, upon consideration, it is hereby:

**ORDERED** that this Court will stay any decision on Sberbank's pending Motion for a Protective Order;

**SO ORDERED** this ___3rd___ day of ___November___, 2015.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT